# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00202-CV

---

**Griddy Energy, LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

---

### ON DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
### PUC PROJECT NO. 51617

---

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Griddy Energy, LLC filed this expedited appeal under Texas Utility Code Section 39.001(f). *See* Tex. Util. Code § 39.001(f). Griddy Energy, LLC and appellee the Public Utility Commission of Texas (PUCT) have filed a joint motion to abate this appeal pending the outcome of a petition for review in *Luminant Energy Company v. Public Utility Commission of Texas*, No. 03-21-00098-CV, which is currently before the Texas Supreme Court. The parties request that this Court abate this appeal until the Texas Supreme Court makes a final determination in that case. The parties represent that the Texas Supreme Court's resolution of that case will likely resolve the issues in this appeal and therefore seek an abatement in the interest of judicial economy.

We grant the motion and abate this cause. The parties shall jointly update this Court as to the status of this appeal within thirty days of the Texas Supreme Court's disposition of cause No. 03-21-00098-CV. Failure to do so may result in dismissal of this appeal.

Before Justices Baker, Smith, and Jones*

Abated

Filed: June 9, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. See Tex. Gov't Code § 74.003(b).